## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Thomas Edward Noser, S17250 | ) |
| | ) |
|       Plaintiff, | ) |
| v. | ) No. 18-3050-SEM-TSH |
| | ) |
| Kim Smith, Dr. Nawoor, Katie Hackney, Kathy Galvin, | ) |
| Nurse Megan, Dr. 1 Unknown, and Wexford Health Care, | ) |
| | ) |
|       Defendants. | ) |

### NOTICE OF APPEARANCE OF ATTORNEY

The Undersigned attorney hereby enters his appearance on behalf of the Plaintiff, Thomas Edward Noser, S17250.

                                             By: s/THOMAS J. PLIURA_____
                                         Thomas Edward Noser, S17250, Plaintiff by
                                         Thomas J. Pliura, M.D., J.D., Lead Attorney

Thomas J. Pliura, M.D., J.D., P.C.
P.O. Box 130
LeRoy, IL 61752
Telephone:  (309)962-2299
Fax:  (309)962-4646
tom.pliura@zchart.com

## CERTIFICATE OF SERVICE

State of Illinois      )
                       )
County of McLean   )

The undersigned attorney states and says that he served the foregoing Document upon counsel for defendants via the CM/ECF system

> By: s/THOMAS J. PLIURA
> Thomas J. Pliura, Lead Attorney for Plaintiff
> Law Offices of Thomas J. Pliura, M.D., J.D., P.C.
> P.O. Box 130
> LeRoy, IL 61752
> Telephone: (309) 962-2299
> Fax: (309) 962-4646
> tom.pliura@zchart.com